IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>           Plaintiff,<br><br>      v.<br><br>DAVID, et al.,<br><br>           Defendants. | Case No. 2:24-cv-01489 SCR P<br><br>ORDER |

   Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On June 20, 2024, the court found service of the complaint appropriate for all defendants. (ECF No. 4.)  Pursuant to the court's e-service program, the California Department of Corrections and Rehabilitation ("CDCR") was ordered to file a Notice of E-Service Waiver within forty days.  On July 24, CDCR filed the notices indicating that defendants Silverman, Mejia, and David would waive service and that defendants Harris and Ritcher would not.  (ECF Nos. 7, 8.)  The waivers of service are due on August 23.  (See ECF No. 4 at 6.)

   The Office of the Attorney General, on behalf of CDCR, now seeks an extension of the deadline for filing waivers so that representation for defendants Harris and Ritcher may be determined.  The Deputy Attorney General states that defendants Harris and Ritcher have not yet been personally served.  The court finds good cause for an extension of time.

Accordingly, IT IS HEREBY ORDERED that

1. The request for an extension of time (ECF No. 10) is granted.
2. The deadline to file a signed service waiver is extended to September 13, 2024.
3. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

DATED: August 21, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE