IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORREST KENDRID,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID, et al.,**<br><br>Defendants. | Case No. 2:24-cv-1489- DJC SCR (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR TIME TO OPT-OUT OF EARLY SETTLEMENT CONFERENCE** |

Good cause appearing, Defendants' request for an extension of time to opt-out of early settlement conference by 14-days is hereby GRANTED. The deadline to opt-out of the Post-screening Early ADR project is now February 24, 2025. The stay of this case remains in effect until further order of the court.

**IT IS SO ORDERED.**

Dated: February 18, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:24-cv-1489- DJC SCR (PR))