IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORREST KENDRID,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID, et al.,**<br><br>Defendants. | Case No. 2:24-cv-1489- DJC SCR (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ADR** |

Plaintiff Kendrid is a former state civil detainee proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983.  Defendants filed a motion to opt-out of post-screening ADR.  The Court finds good cause to grant Defendants' request.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to opt out of post-screening ADR (ECF No. 24) is **GRANTED**.

2. The stay of this action remains in effect until April 10, 2025.

Dated: February 28, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE